■ HOWARD BOSKEY, Petitioner, v STATE OF NEW YORK, DEPARTMENT OF MOTOR VEHICLES, Respondent.—Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the Commissioner of Motor Vehicles, which, after a hearing, suspended petitioner's motor vehicle operator's license. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. In our opinion the findings that petitioner had violated subdivision 1 of section 1130 of the Vehicle and Traffic Law by failing to keep to the right of the highway divider and that the said violation had been the proximate cause of the resulting fatal accident, were supported by substantial evidence. Cohalan, Acting P. J., Hawkins, Suozzi and Mollen, JJ., concur.

■ JAMES J. CHORMAN et al., Respondents, v NEW YORK RACING ASSOCIATION, INC., Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from so much of an order of the Supreme Court, Richmond County, dated December 29, 1976, as denied its cross motion to dismiss the complaint pursuant to CPLR 3215 (subd [c]). Order affirmed insofar as appealed from, with $50 costs and disbursements. Defendant's time to answer is extended until 20 days after entry of the order to be made hereon. Under the circumstances here, sufficient cause was shown to bar the dismissal of the complaint and, accordingly, it was not an abuse of discretion for Special Term to have denied the cross motion. Cohalan, Acting P. J., Hawkins, Mollen and O'Connor, JJ., concur.

■ VINCENT J. DI LORENZO et al., Respondents, v VITO CUOZZI et al., Appellants.—In an action, *inter alia,* to rescind a contract for the sale of real property, defendants appeal from an order of the Supreme Court, Westchester County, entered December 7, 1976, which denied their motion for summary judgment. Order affirmed, with $50 costs and disbursements. The presence of a general merger clause does not preclude the plaintiffs-respondents from claiming fraudulent representations in an action to rescind the contract (see *Galgani v Fleming,* 56 AD2d 644). Cohalan, Acting P. J., Hawkins, Mollen and O'Connor, JJ., concur.